```
           IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER BENNETT,              :    CIVIL ACTION
                                  :    NO. 15-4996
        Plaintiff,                :
                                  :
    v.                            :
                                  :
CITY OF PHILADELPHIA, et al.      :
                                  :
        Defendants.               :
```

**O R D E R**

**AND NOW,** this **16th** day of **August, 2016,** it is hereby **ORDERED** that the Rule to Show Cause is **DISSOLVED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**